NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAVERLEY VIEW INVESTORS, LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2018-1785

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00371-SGB, Senior Judge Susan G. Braden.

---

**JUDGMENT**

---

KEVIN TAYLOR BAINE, Williams & Connolly LLP, Washington, DC, argued for plaintiff-appellant. Also represented by KATHERINE MORAN MEEKS; CLIFFORD J. ZATZ, MARK THOMSON, ROBERT TIMOTHY MCCRUM, Crowell & Moring, LLP, Washington, DC.

ERIKA KRANZ, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ERIC GRANT, JEFFREY H. WOOD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2019                         /s/ Peter R. Marksteiner
Date                                  Peter R. Marksteiner
                                      Clerk of Court